COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF ORDER ON MOTION

Cause number:     01-13-00054-CR

Style:     Felipe Nery Luna

**v** The State of Texas

Date motion filed[*]:     Febraury 28, 2013

Type of motion:     Motion for Extension of Time to File Brief

Party filing motion:     State

Document to be filed:     State's brief

If motion to extend time:

       Deadline to file document:

       Number of previous extensions granted:

       Length of extension sought:

Ordered that motion is:

       The State's motion for extension is GRANTED.  We  GRANT appellant's motion for extension of time to file the brief and order appellant to file the brief no later than March 15, 2013.  No further extensions will be granted to appellant.  *See* TEX. R. APP. P. 38.6(d).  The State's brief will be due 20 days after appellant's brief is filed.

Judge's signature: /s/ Justice Rebeca Huddle

       ☑ Acting individually    ☐ Acting for the Court

       Panel consists of _____.

Date:  March 4, 2013